

SEALED

Unsealed 4/7/11

FILED
11 MAR -2 AM 10: 13
CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. '11 MJ 8252 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 18 U.S.C. § 1591(a) - Sex Trafficking of Children And Title 18 U.S.C. § 1594(a) - Attempted Sex Trafficking of Children |
| Leonel GONZALEZ, ) | |
| Defendant. ) | |

The undersigned Complainant, being duly sworn, states:

On or about the 1st day of March 2011, in the Southern District of California, the defendant, LEONEL GONZALEZ, knowingly recruited, enticed, harbored, transported, provided, and obtained in and affecting foreign commerce "Jane Doe (1), Jane Doe (2), Jane Doe (3), Jane Doe (4) and Jane Doe (5)" knowing and in reckless disregard of the fact that "Jane Doe (1), Jane Doe (2), Jane Doe (3), Jane Doe (4) and Jane Doe (5)" had not attained the age of 18 years and that "Jane Doe (1), Jane Doe (2), Jane Doe (3), Jane Doe (4) and Jane Doe (5)" would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Section 1591(a) and 1594(a).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Addy Robinson, ICE Special Agent
Immigration & Customs Enforcement

Sworn to me and subscribed in my presence this 2nd day of March 2011.

_____
PETER C LEWIS
UNITED STATES MAGISTRATE JUDGE.

DOA 3/1/11

UNITED STATES OF AMERICA
   v.
Leonel GONZALEZ

### STATEMENT OF FACTS

This complaint is based on my own investigation as well as information received from other law enforcement officers.

Between February 2010 and March 2011, ICE Special Agents, acting in an undercover capacity, conducted numerous phone calls with LEONEL GONZALEZ. The Agents were stationed in El Centro, California. The Agents contacted LEONEL GONZALEZ (GONZALEZ) on phone number, (760) 562-7485, which is a Sprint Motorola Nextel cellular phone registered to GONZALEZ. During the conversations, GONZALEZ stated he could provide underage prostitutes in Mexicali, Baja California, Mexico. GONZALEZ stated he routinely provided clients with prostitutes, including girls as young as 13 and 14 years old.

Between February 2010 and March 2011, ICE Special Agents and LEONEL GONZALEZ worked out a plan for LEONEL GONZALEZ to provide the Agents with underage prostitutes. Specifically, LEONEL GONZALEZ would meet the Agents at a designated place on March 1, 2011 at 1400 hours, and pay GONZALEZ to provide several underage females for sex in Mexicali, Mexico.

On February 28, 2011, GONZALEZ finalized the plan with ICE Special Agents. In particular, GONZALEZ stated that he would provide up to eight (8) underage girls for sex. GONZALEZ and the Agents decided that GONZALEZ would travel to El Centro, California to meet with the undercover Agents at the El Centro Airport, where the Agents

would pay GONZALEZ an unspecified amount. After he was paid, GONZALEZ stated that he would travel to Mexicali, Mexico and meet the Agents at a hotel in Mexicali, Mexico where GONZALEZ would arrange for the underage girls to be in the rooms. The parties agreed they would rent multiple rooms at the hotel, and GONZALEZ stated that the Agents could then pick whichever underage girls they preferred and have sex with the girls.

On March 1, 2011, GONZALEZ met ICE Special Agents acting in an undercover capacity at the El Centro, Airport. GONZALEZ and the Agents discussed the plan, paid GONZALEZ $1500.00, and made numerous calls to Mexicali, Mexico, to coordinate the arrival of underage girls. GONZALEZ confirmed with the "MADAME" on the phone that the girls were being sent to the hotel. ICE Attaches in Mexicali, Mexico were stationed at the hotel in Mexicali, Mexico, and they witnessed numerous girls arrive at the hotel.

GONZALEZ stated he wanted to go to Mexicali, Mexico to help coordinate the arrival of the girls. As he left the El Centro Airport, he was arrested by ICE Special Agents. In total, five (5) prostitutes arrived in Mexicali, Mexico at the hotel.

# MAGISTRATE JUDGE INFORMATION SHEET

MAGISTRATE CASE NUMBER   **11 MJ 8252**

1. Hearing Date _____ 2. AUSA _____ 3. Mag Judge: Peter C. Lewis
4. USAO # _____ 5. Agency # _____
6. Defendant #: __1__ of __1__ 7. Case Agent: SA Addy Robinson
8. Charges:   1. 18 USC 1591, Sex Trafficking of Children
9. Defendant's Name: Leonel GONZALEZ   10. Social Security #: 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
11. Alias: N/A                                                           12. Birth Date: 09/12/1973
13. Address: 767 Palm Avenue Holtville, CA
4. Arrest Date: 03/01/2011  15. Place of Arrest: El Centro Airport  16. Date Committed: 03/01/2011
17. Agent(s): SA Robinson/SA Swanson  18. Office Phone #: (760) 353-9090
19. Agency: Immigration & Customs Enforcement  20. Station  El Centro
21. Custody:      Yes __X__   No _____
22. Citizenship: U.S. __X__   Mex ____   Other _____
23. INS Status:  Res ___  BCC ___  Illegal _____  Other _____
24. Prior Deports: None found                           25. IDENT Hits: _____

26. Prior Record:  2009 – DUI – Disposition Unknown

27. Drug Usage:  N/A       How Evidenced? _____
28. Cash on Defendant: $ N/A    29. Other Evidence _____

30. Agents Fact Summary:   On March 1, 2011, GONZALEZ was arrested at the El Centro Airport after arranging for United States citizens to travel to Mexicali, Baja California, Mexico to engage in sexual acts with underage girls.

31. Agents info re: defendant (Employment, Family, etc.) _____
32. Def Attorney: Appointed _____  Retained _____
33. DEFENSE ATTORNEY: _____ PHONE NUMBER: _____
34. Next Date for: PH Removal Date _____ Time _____ Detention Date _____ Time _____
35. Bond Set: _____
36. Material Witness Custodial Status: Custody _____ Not in Custody _____
37. MATERIAL WITNESS ATTORNEY: _____ PHONE NUMBER: _____
Court's Orders/Motions Government's Notes for Bail

_____
_____
_____

Info Sheet (lb)
11/5/04